The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB IVAN SCHMITT,<br><br>Defendant. | NO. 2:99-cr-00546-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant Jacob Ivan Schmitt's pro se Motion to Remove Defendant from Probation Violation Status (Dkt. 252). Having considered the motion, the Government's response, and the files and pleadings herein, for the reasons articulated in the Government's response, Defendant's Motion is **DENIED AS MOOT**.

DATED this 6th day of October, 2023

The Honorable Richard A. Jones
United States District Judge

ORDER - 1